```
MCGREGOR W. SCOTT
United States Attorney
LAURA L. FERRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2932
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> v.<br><br>MARTIN S. ROSMAN,<br>EMMANUEL G. UMALI, and<br>EVELINA P. SABIO,<br><br>   Defendants.<br>_____ | CR.S. 98-00383 EJG<br><br>MOTION TO DISMISS INDICTMENT<br>AGAINST EMMANUEL G. UMALI |

   Plaintiff United States of America, by and through its undersigned counsel, and pursuant to Fed. R. Crim. P. 48, moves to dismiss the indictment filed on September 4, 1998 against Emmanuel G. Umali in the above-captioned action.

   It is the government's belief that Emmanuel G. Umali learned of the investigation in the underlying case (and a corresponding case out of the Fresno division, <u>United States v. Socrates G. Domingo</u>, CR.S. 98-05079 OWW[1]) and fled the country to avoid charges.  More

---

[1] The government will file a separate motion to dismiss the Fresno indictment against defendant Emmanuel G. Umali for the same reasons.

than eight years have passed since the indictment was returned in this case.

The government has reason to believe that defendant Umali fled with defendant Evelina P. Sabio.  Ms. Sabio was arrested in Las Vegas in June 2007.  At the time of the arrest, she was interviewed and admitted, at least in part, to some of her involvement with the illegal activity charged.  Following her arrest, the government proceeded to review and evaluate the evidence still in its possession and otherwise available.  Notwithstanding Ms. Sabio's partial confession, the government concluded that given the passage of time there was insufficient evidence available to move forward with the criminal prosecution of Ms. Sabio.

The government has also had an opportunity to review the evidence as to defendant Umali.  While the evidence is different, it is likewise insufficient to move forward with the prosecution of defendant Umali at this time.

Accordingly, the government respectfully requests that the Court dismiss the indictment against Emmanuel G. Umali.

DATED: November 5, 2007                    MCGREGOR W. SCOTT
                                           United States Attorney


                                      By:  /s/ Laura L. Ferris
                                           LAURA L. FERRIS
                                           Assistant U.S. Attorney


/ / /

/ / /

/ / /

| | |
|---|---|
| 1 | |
| 2 | <u>ORDER</u> |
| 3 | Based on the motion of the government, and GOOD CAUSE APPEARING |
| 4 | THEREFORE, the Court hereby orders that the indictment against |
| 5 | Emmanuel G. Umali, filed on September 2, 1998, be and is hereby |
| 6 | dismissed. |

**IT IS SO ORDERED.**

DATED: November 13, 2007

/s/ Edward J. Garcia
HON. EDWARD J. GARCIA
United States District Judge